| | |
|---|---|
| 1 | JOSEPH A. SCHWACHTER, Bar No. 108124 |
| | jschwachter@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
| | 650 California Street |
| 3 | 20th Floor |
| | San Francisco, California  94108.2693 |
| 4 | Telephone:     415.433.1940 |
| | Facsimile:      415.399.8490 |
| 5 | |
| | Attorneys for Defendant |
| 6 | MONSTER, INC., FORMERLY KNOWN AS |
| | MONSTER CABLE PRODUCTS, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRETT W. BJORKQUIST, | | Case No.  C13-5423 DMR |
| Plaintiff, | | |
| v. | | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| MONSTER CABLE PRODUCTS, INC., | | |
| Defendant. | | |

A Case Management Conference is currently scheduled in this Court to occur at 10:30 a.m. on February 21, 2014. The parties have agreed to continue the initial Case Management Conference to March 28, 2014, if it pleases the Court.  The reason for the request is that the parties are in the process of authoring and executing a release agreement to memorialize the terms of a full and final settlement which has been reached.  The additional time would provide the parties with the opportunity to finalize the settlement and file a dismissal.

The parties hereby stipulate that the initial Case Management Conference in this matter, currently scheduled for February 21, 2014, be continued to March 28, 2014 at 10:30 a.m., or soon thereafter as the Court is available.

IT IS SO STIPULATED.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE

Case No. C13-5423 DMR

Dated: February 7, 2014

/s/ Alan Adelman
ALAN ADELMAN
LAW OFFICES OF ALAN ADELMAN
Attorneys for Plaintiff
BRETT W. BJORKQUIST

Dated: February 7, 2014

/s/ Joseph A. Schwachter
JOSEPH A. SCHWACHTER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
MONSTER, INC., FORMERLY KNOWN AS
MONSTER CABLE PRODUCTS, INC.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference in this matter, currently scheduled for February 21, 2014, be continued until 10:30 a.m. on March 28, 2014.

Date: February 7, 2014

Maxine M. Chesney
District Court Judge

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE

Case No. C13-5423 DMR